**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.   CASE NO. 8:93-CR-123-T-EAK

FRANCO M. MANGIAFICO
_____/

**ORDER**

      This cause comes before the Court on the Defendant's motion to vacate supervised release (Doc. 1156), the response of the government (Docket 1158), and the response of the United States Probation Office. The Court has reviewed the motion and responses and does not find the motion well-taken. The Defendant is seeking to terminate his supervisted release, a five year term, after only 36 months Apparently this is pursuant to Amendment 782 of the Sentencing Guidelines. The Court concurs with the statement of the probation office and the government that Amendment 782 does not afford the Defendant the relief he seeks as it is not applicable to his situation. Additionally, the probation office objects to the motion due to the seriousness of the underlying convictions and the history of the Defendant. Accordingly, it is.

      **ORDERED** that Defendant's motion to vacate supervised release (Doc. 1156) be **denied**.

      **DONE AND ORDERED** in Chambers in Tampa, Florida this 10th day of July, 2016.

3



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record